# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2549
_____

Seneca Lovett Engel

*Plaintiff - Appellant*

v.

Derek Engel; Miller Police Department; City of Miller, South Dakota; Jim
Henson, Miller Police Department, officially and individually; Shannon Speck,
Miller Police Department, officially and individually; Various John and Jane
Does, Miller Police Department, officially and individually

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Central
_____

Submitted: March 23, 2023
Filed: April 11, 2023
[Unpublished]
_____

Before BENTON, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

South Dakota resident Seneca Lovett Engel appeals the district court's[1] dismissal of her pro se complaint for failure to state a claim.  After careful de novo review, see Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review), we find no basis for reversal.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.